**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HARTFORD COMPUTER HARDWARE, INC., *et al.*,[1] | ) ) | Case No. 11-49744 (PSH) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | Hon. Pamela S. Hollis |

**NOTICE OF FIRST AND FINAL APPLICATION OF TRUSTPOINT
INTERNATIONAL, AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE
DEBTORS AND DEBTORS IN POSSESSION, FOR
<u>ALLOWANCE OF COMPENSATION</u>**

PLEASE TAKE NOTICE that on July 24, 2012 at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in her place and shall present and request an immediate hearing on the First and Final Application of Trustpoint International, as a Provider of Legal Staffing Services to the Debtors and Debtors in Possession, for Allowance of Compensation, a copy of which is attached hereto and is herewith served upon you.

Dated: June 21, 2012

Respectfully submitted,

By: /s/ John P. Sieger
John P. Sieger (ARDC No. 6240033)
Peter A. Siddiqui (ARDC No. 6278445)
Paige E. Barr (ARDC No. 6282474)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
John.Sieger@kattenlaw.com
Peter.Siddiqui@kattenlaw.com
Paige.Barr@kattenlaw.com
*Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors are Hartford Computer Hardware, Inc. (FEIN 27-4297525), Old NS, LLC f/k/a Nexicore Services, LLC (FEIN 03-0489686), Hartford Computer Group, Inc. (FEIN 36-2973523), and Hartford Computer Government, Inc (FEIN 20-0845960).

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HARTFORD COMPUTER HARDWARE, ) | Case No. 11-49744 (PSH) |
| INC., *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Pamela S. Hollis |

**FIRST AND FINAL APPLICATION OF TRUSTPOINT INTERNATIONAL, AS A
PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS
IN POSSESSION, FOR ALLOWANCE OF COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Trustpoint International |
| Authorized to Provide Professional Services to: | Hartford Computer Hardware, Inc., Nexicore Services, LLC, Hartford Computer Group, Inc. and Hartford Computer Government, Inc. |
| Date of Retention: | April 26, 2012 *nunc pro tunc* to April 9, 2012 |
| Period for which Compensation and Reimbursement is sought: | April 9, 2012 to May 20, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $97,153.00 |
| Amount of Expense Reimbursement sought: | $0 |
| Prior Interim Applications: | None. |
| Amounts Previously Paid: | None. |
| This is a: | ___ monthly ___ interim _x_ final application. |

---

[1] The Debtors are Hartford Computer Hardware, Inc. (FEIN 27-4297525), Old NS, LLC f/k/a Nexicore Services, LLC (FEIN 03-0489686), Hartford Computer Group, Inc. (FEIN 36-2973523), and Hartford Computer Government, Inc (FEIN 20-0845960).

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HARTFORD COMPUTER HARDWARE, ) | Case No. 11-49744 (PSH) |
| INC., *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Pamela S. Hollis |

## FIRST AND FINAL APPLICATION OF TRUSTPOINT INTERNATIONAL, AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION

Trustpoint International (the "Applicant"), a provider of legal staffing services to the above-captioned debtors (the "Debtors") in these chapter 11 cases, hereby applies for allowance of compensation (this "Application") and respectfully represents as follows:

### INTRODUCTION

1. Pursuant to the order entered by this Court for the retention of the Applicant by the Debtors, the Applicant seeks allowance of compensation for services it rendered to the Debtors, in the amount of $97,153.00 for the period from April 6, 2012 through May 20, 2012 (the "Application").

### BACKGROUND

2. On December 12, 2011 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The petitions initiated bankruptcy cases: *In re Hartford Computer Hardware, Inc.* (Case No. 11-49744), *In re Hartford Computer Group, Inc.* (Case No. 11-49750), *In re Nexicore Services, LLC* (Case No. 11-49754) and *In re*

---

[1] The Debtors are Hartford Computer Hardware, Inc. (FEIN 27-4297525), Old NS, LLC f/k/a Nexicore Services, LLC (FEIN 03-0489686), Hartford Computer Group, Inc. (FEIN 36-2973523), and Hartford Computer Government, Inc (FEIN 20-0845960).

*Hartford Computer Government, Inc.* (Case No. 11-49752) (collectively, these "Chapter 11 Cases"). These Chapter 11 Cases are being jointly administered under *In re Hartford Computer Hardware, Inc.* (Case No. 11-49744).

3. The Debtors operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On December 28, 2011, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1). No trustee or examiner has been appointed in these cases.

5. On April 12, 2012, this Court entered an order appointing Steven Nerger as chief restructuring officer (the "CRO") of the Debtors *nunc pro tunc* to April 3, 2012.

**A.    Retention of the Applicant.**

6. Prior to the Petition Date, Delaware Street Master Fund, LP ("Delaware Street") provided funding to the Debtors on a senior secured basis and has continued to provide funding to the Debtors following the bankruptcy filing.

7. Pursuant to the Court's Final Order (I) Authorizing the Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to the Prepetition Secured Lender Pursuant to 11 U.S.C. §§ 361 and 363 entered on January 25, 2012 [Doc. No. 120], the Committee was provided until May 31, 2012 to investigate any claims it may have against Delaware Street (the "Investigation Period"). Delaware Street subsequently agreed to extend the Committee's Investigation Period until June 11, 2012 (the "Deadline").

8. In furtherance of its investigation, on February 14, 2012, the Committee issued fifteen subpoenas seeking the production of documents by various entities and individuals, including the Debtors and two of their officers.

9. The Subpoenas sought at least 34 categories of documents from as early as October 2004. The Debtors are technology services companies that maintained a large volume of electronically stored information. Working with Committee's initial proposed search parameters to prepare a response to the Subpoenas yielded approximately 44 gigabytes of e-mail for review. Even accounting for some additional data shrinkage based on de-duplication, Debtors conservatively estimated, based on discussions with the vendor performing the data extraction, that responding to the Subpoenas pursuant to the Committee's initial parameters would require reviewing in excess of 415,000 e-mails plus their attachments, which could translate into anywhere between 1 and 8 million pages.

10. Debtors objected to, among other things, the scope of the Subpoenas, and worked with the Committee to determine an appropriate response, particularly with respect to the review and production of the large volume of electronically stored information. Debtors and the Committee agreed to narrow the population for review.

11. In order to efficiently and effectively respond to the Committee's subpoenas, the Debtors sought to employ the Applicant through their Application for Order Authorizing Employment and Retention of TrustPoint International *Nunc Pro Tunc* to April 9, 2012 as a Provider of Legal Staffing Services to the Debtors and Debtors in Possession [Docket No. 268] filed on April 16, 2012 (the "Retention Application").

12. This Court approved the Retention Application on April 26, 2012 [Docket No. 290] (the "Retention Order"). The Retention Order, *inter alia*, approved the terms and

3

conditions under which the Applicant was retained and compensated at the expense of the Debtors' estates as contained in the Statement of Work (the "<u>Agreement</u>"). The Retention Order provided that "TrustPoint's compensation shall be limited to a maximum of $125,000 unless otherwise ordered by the court." [Doc 290].

13. The Applicant provided contract attorneys to review and identify documents relevant to the Committee's subpoenas. The Debtors' primary bankruptcy counsel, Katten Muchin Rosenman LLP, supervised the Applicant's contract attorneys with regard to the substantive legal review of the potentially responsive documents. As a result of the Applicant's services, Debtors reviewed in excess of 80,000 potentially responsive documents or approximately 1.2 million pages of material and produced over 18,000 responsive documents totaling over 300,000 pages of material in enough time to facilitate substantive discussions between interested parties.

14. The Debtors believe that the retention of the Applicant fulfilled a critical need that complemented the services offered by the Debtors' other restructuring professionals in these cases. The Debtors believe that the Applicant's resources and capabilities enabled the Debtors to provide a cost-effective and expeditious response to the Committee's subpoenas.

15. On or around May 20, 2012, the Debtors completed the contract attorney portion of their review of the documents and the Applicant's services are no longer required by the Debtors.

16. As a result, the Debtors file this first and final request of the Applicant for compensation earned and reimbursement of expenses incurred during these Chapter 11 Cases.

**B.     Terms of the Retention Order And the Fees and Expenses Incurred In Accordance Therewith.**

17.     Pursuant to the Retention Order, the Applicant must apply for compensation for professional services rendered in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and any other applicable procedures and orders of the Court and consistent with the proposed compensation set forth in the Agreement (the "<u>Fee Structure</u>").

18.     Pursuant to the Fee Structure the Applicant shall be compensated for a contract attorney review team consisting of 9 licensed attorneys at a rate of $42.00 per hour and an onsite Team Leader who assisted with the supervision of the group at a rate of $70.00 per hour. No overtime rates are to be paid.

19.     The Applicant performed a total of 2,138.75 hours of services for the Debtors, 1,876.75 hours of which were performed by attorneys at the rate of $42.00 per hour and 262 hours of which were performed by the Team Leader at the rate of $70.00 per hour. The time sheets evidencing the Applicant's services are attached hereto as <u>Exhibit A</u>.

20.     As a result, the Applicant seeks the allowance and payment of compensation in the amount of $97,153.00.

## RELIEF REQUESTED

WHEREFORE, the Applicant seeks an Order granting final allowance, approval and payment of its fees in the amount of $97,153.00 and granting such other and further relief as this Court deems just and proper.

[Signatures on Following Page]

5

Dated: June 21, 2012

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ John P. Sieger
John P. Sieger (ARDC No. 6240033)
Peter A. Siddiqui (ARDC No. 6278445)
Paige E. Barr (ARDC No. 6282474)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
John.Sieger@kattenlaw.com
Peter.Siddiqui@kattenlaw.com
Paige.Barr@kattenlaw.com

*Counsel to the Debtors and Debtors in Possession*

6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HARTFORD COMPUTER HARDWARE, ) | Case No. 11-49744 (PSH) |
| INC., *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

On June 21, 2012, Trustpoint International, LLC filed its **First and Final Application As A Provider of Legal Services to the Debtors, for Allowance of Compensation and Reimbursement of Expenses** (the "Application"), with the Court's electronic filing system, which automatically served the following via email:

Paige E Barr on behalf of Debtor Hartford Computer Government, Inc.
paige.barr@kattenlaw.com

Matthew J. Botica on behalf of Creditor Enable Systems, Inc.
mbotica@winston.com, neverett@winston.com

Mark D Conzelmann on behalf of Creditor Dell Marketing, L.P.
mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com

Nancy G Everett on behalf of Creditor Enable Systems, Inc.
neverett@winston.com, ECF_Bank@winston.com;joseph_agnello@ilnb.uscourts.gov

Jonathan P Friedland on behalf of Creditor Committee Official Committee of Unsecured Creditors
jfriedland@lplegal.com, ckrueger@lplegal.com

Steve Jakubowski on behalf of Creditor Committee Official Committee of Unsecured Creditors
sjakubowski@lplegal.com, nbailey@lplegal.com

Jordan A Kroop on behalf of Interested Party Avnet, Inc.
jordan.kroop@squiresanders.com, karen.graves@squiresanders.com

---

[1] The Debtors are Hartford Computer Hardware, Inc. (FEIN 27-4297525), Old NS, LLC f/k/a Nexicore Services, LLC (FEIN 03-0489686), Hartford Computer Group, Inc. (FEIN 36-2973523), and Hartford Computer Government, Inc (FEIN 20-0845960).

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Landon S Raiford on behalf of Creditor Delaware Street Capital Master Fund, L.P. as Pre-Petition and Post-Petition Secured Lender
lraiford@jenner.com, mmatlock@jenner.com

Peter A Siddiqui on behalf of Debtor Hartford Computer Government, Inc.
peter.siddiqui@kattenlaw.com

John P Sieger on behalf of Debtor Hartford Computer Government, Inc.
john.sieger@kattenlaw.com

Michael S Terrien on behalf of Creditor Delaware Street Capital Master Fund, L.P. as Pre-Petition and Post-Petition Secured Lender
mterrien@jenner.com, mmatlock@jenner.com

Elizabeth B Vandesteeg on behalf of Creditor Committee Official Committee of Unsecured Creditors
evandesteeg@lplegal.com, nbailey@lplegal.com,mmcginnis@lplegal.com

Jonathan W. Young on behalf of Creditor Ciampa M4, LLC
young@wildman.com, srodriguez@wildman.com;ecf-filings@wildman.com

And Katten served the Application on the following via overnight mail:

Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, Illinois, 60604
Attn: Denise DeLaurent, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Michael S. Terrien
*Counsel for Delaware Street Capital Master Fund, L.P.*

Levenfeld Pearlstein, LLC
2 N. LaSalle Street
Suite 1300
Chicago, Illinois 60602
Attn: Steven Jakubowski
*Counsel for Committee of Unsecured Creditors*

2

| | |
|---|---|
| Dated: June 21, 2012 | Respectfully submitted,<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br><br>By: /s/ John P. Sieger<br><br>John P. Sieger (ARDC No. 6240033)<br>Peter A. Siddiqui (ARDC No. 6278445)<br>Paige E. Barr (ARDC No. 6282474)<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br>John.Sieger@kattenlaw.com<br>Peter.Siddiqui@kattenlaw.com<br>Paige.Barr@kattenlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3