# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | ) | **Chapter 11** |
| | ) | **Case No. 11 B 49744 (PSH)** |
| **HARTFORD COMPUTER HARDWARE,** | ) | **(Jointly Administered)** |
| **INC.,** *et al.,* [1] | ) | |
| | ) | **Hon. Pamela S. Hollis** |
| **Debtors.** | ) | |
| | ) | |

**AMENDED NOTICE OF FINAL FEE APPLICATION OF CROWE HORWATH LLP,
FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE AND COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
JANUARY 4, 2012 THROUGH NOVEMBER 30, 2012**

On January 22, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 644 of the of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Final Fee Application for Allowance of Compensation and Reimbursement of Expenses of Crowe Horwath LLP*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

**THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**

**Dated**: December 14, 2012

 /s/ Elizabeth B. Vandesteeg
Jonathan P. Friedland (ARDC # 6257902)
Elizabeth B. Vandesteeg (ARDC # 6291426)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: 312-346-8380
Facsimile:  312-346-8434
*Counsel to the Official Committee of Unsecured Creditors*

---

[1]      The Debtors are Hartford Computer Hardware, Inc. ("HCH"), and its affiliated entities Nexicore Services, LLC ("Nexicore"), Hartford Computer Group, Inc. ("HCG"), and Hartford Computer Government, Inc. ("HCGovernment").

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re*: | ) | **Chapter 11** |
| | ) | **Case No. 11 B 49744 (PSH)** |
| **HARTFORD COMPUTER HARDWARE,** | ) | **(Jointly Administered)** |
| **INC.,** *et al.,* [1] | ) | |
| | ) | **Hon. Pamela S. Hollis** |
| Debtors. | ) | |
| _____ | ) | |

**FINAL FEE APPLICATION OF CROWE HORWATH LLP,
FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE AND COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 4, 2012
THROUGH NOVEMBER 30, 2012**

Name of Applicant: Crowe Horwath LLP

Authorized to Provide
Professional Services to: Financial Advisor to Official Committee of Unsecured Creditors

Date of Retention: Order entered February 7, 2012, nunc pro tunc to January 4, 2012

Period for Which Compensation is Sought: January 4, 2012 - November 30, 2012

Amount of Compensation Sought as Actual, Reasonable and Necessary: $128,718.33

Amount of Expenses Sought for Reimbursement as Actual, Reasonable and Necessary: $3,176.19

This is a __ monthly: ____quarterly:  **X  final application**.

This is Crowe Horwath LLP's Final Fee Application in this case.

---

[1]      The Debtors are Hartford Computer Hardware, Inc. ("HCH"), and its affiliated entities Nexicore Services, LLC ("Nexicore"), Hartford Computer Group, Inc. ("HCG"), and Hartford Computer Government, Inc. ("HCGovernment").

## Jurisdiction

1.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.       The statutory bases for the relief sought herein are Bankruptcy Code § 327(a) and Rule 2014(a) of the Bankruptcy Rules.

## Preliminary Statement

3.       Crowe's retention as financial advisor to the Official Committee of Unsecured Creditors was approved by the Bankruptcy Court for the Northern District of Illinois pursuant to the *Court's Order Authorizing Employment and Retention of Crowe Horwath LLP as Financial Advisor to Official Committee of Unsecured Creditors Nunc Pro Tunc to January 4, 2012* entered on February 7, 2012 (the "Retention Order") [Docket No. 154].

4.       All services rendered and incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Official Committee of Unsecured Creditors.

5.       The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

6.       The expenses described in this application are actual, necessary expenses.

7.       Crowe makes this Application for compensation and reimbursement of expenses for the Application Period January 4, 2011 through November 30, 2012.

8.       A detailed itemization of the services rendered by Crowe during the Application Period is attached hereto as **Exhibit A**.

9.      A detailed itemization of the expenses incurred by Crowe during the Application

Period is attached hereto as **Exhibit B**.

**Background**

10.      On December 12, 2012, (the "Petition Date"), the Debtor filed a voluntary

petition for relief under Chapter 11 of the Bankruptcy Code.

11.      On January 26, 2012, the Court entered the procedures order governing

procedures for submitting interim applications by professionals ("Procedures Order") (Dkt. 129).

12.      Pursuant to the Procedures Order, Crowe submitted to the Debtors and other

parties in interest the following Monthly Statements.

| Monthly Fee Statement Filed | Billed Fees | Billed Expenses | Paid Fees | Paid Expenses | Unpaid Fees / Holdback |
|---|---|---|---|---|---|
| First - January 2/21/12 [Dkt. 176] | $17,650.50 | $0.00 | $17,394.00 | $0.00 | $.30 |
| Second – Feb 3/20/12 [Dkt. 224] | $22,673.50 | $0.00 | $22,673.50 | $0.00 | $0.00 |
| Third – March 4/23/12 [Dkt. 277] | $18,963.50 | $0.00 | $18,963.50 | $0.00 | $0.00 |
| Fourth – April 5/21/12 [Dkt. 317] | $14,990.50 | $0.00 | $14,951.00 | $21.36 | $0.00 |
| Fifth – May 6/20/12 [Dkt. 358] | $26,984.00 | $1,488.02 | $7,956.00 | $0.00 | $19,028.00 |
| Sixth – June 7/20/12 [Dkt. 393] | $2,559.50 | $0.00 | $2,534.18 | $0.00 | $25.32[2] |
| Seventh – July 8/22/12 [Dkt. 454] | $4,034.00 | $0.00 | $4,034.00 | $0.00 | $0.00 |

[2] A portion of this amount was paid with the July fees, and is reflected in the Paid Fees.

| Eighth – August 10/12/12 [Dkt. 517] | $2,036.00 | $0.00 | $0.00 | $0.00 | $2,036.00 |
|---|---|---|---|---|---|
| Ninth – September 10/24/12 [Dkt. 537] | $13,910.50 | $1,516.81 | $0.00 | $0.00 | $15,427.31 |

13.    On May 21, 2012, Crowe filed its First Interim Fee Application seeking $74,278.00 in fees and $21.36 in expenses for the time period January 4, 11 through April 30, 2012.   On June 21, 2012 an Order was entered allowing $73,982.30 in fees and $21.36 in expenses[3].   By this final fee application, Crowe seeks an additional $51,535.00 in fees and $3,154.83 in costs.   The total requested by Crowe is the sum of the allowed amount of the First Interim Fee Application and the incremental amounts set forth immediately above, for a total request of $125,517.30 in fees and $3,176.19 in costs.

## RELIEF REQUESTED

14.    This is Crowe's Final Fee Application.   The Application covers the time period between January 4, 2011 and November 30, 2012.

15.    Since the Petition Date, Crowe has rendered actual and necessary services to the Committee.   Crowe undertook their own independent assessment of the Delaware Street loans from inception to the petition date, including a review of monthly general ledger data, of historical financial information, of monies advanced and received, and of interest paid and accrued.   Crowe also conducted detailed sensitivity analyses showing the impact on Delaware

---

[3]    The Court disallowed $295.70 in fees and $0.00 in expenses.   The amount that Crowe seeks to have allowed in this Final Fee Application does not include any previously disallowed amounts.

Street loan balances of changes in interest rates and methods by which interest on the loans could accrue.

16.    The services provided by Crowe to date have been subdivided into the following categories: (1) Asset Disposition; (2) Business Analysis; (3) Fee/Employment App; (4) Fee/Employment Objections; (5) Finance; and (6) Plan and Disclosure Statement. The time expended in each of the billing categories is set forth in Exhibit A attached hereto, and is summarized as follows:

| PROFESSIONAL | HOURLY RATE | TOTAL HOURS | TOTAL VALUE |
|---|---|---|---|
| Kailey Crum | No Charge | 16.20 | $0.00 |
| Kailey Crum | $140.00 | 198.50 | $27,790.00 |
| Kailey Crum | $175.00 | 89.50 | $15,662.50 |
| Benjamin Howard | $325.00 | 0.90 | $292.50 |
| John Nagle | $360.00 | 2.00 | $720.00 |
| Guynh-Anh Nguyen | $95.00 | 1.00 | $95.00 |
| Michael Schwarzmann | $375.00 | 83.00 | $31,125.00 |
| Michael Schwarzmann | $395.00 | 120.60 | $47,637.00 |
| Marc Shaffer | $400.00 | 0.20 | $80.00 |
| Sue Tomlinson | $500.00 | 0.80 | $400.00 |

The hourly rates listed above are customary and reasonable.

17.    The fees sought by Crowe in each of the aforesaid billing categories are summarized as follows:

| TITLE OF CATEGORY | FEES SOUGHT | EXPENSES SOUGHT |
|---|---|---|
| Asset Disposition | $8,629.00 | $0.00 |
| Business Analysis | $83,229.00 | $0.00 |
| Fee/Employment App | $8,624.00 | $0.00 |
| Fee/Employment Objections | $1,983.00 | $0.00 |

| Finance | $3,876.00 | $0.00 |
| Plan and Disclosure Statement | $19,222.50 | $3,154.83 |

18.     There has been no duplication of services by Crowe.  When two or more advisors participated in any activity, either (a) such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each advisor with the matters at issue so that each advisor could perform further necessary work, or (b) Crowe is not seeking compensation for the time of the unnecessary advisor.

19.     The tasks performed and time expended by Crowe in each of the listed categories and expenses incurred by Crowe are set forth in the attached Exhibits A and B and are summarized as follows:

**Asset Disposition:**

This category includes time review and analysis of the sales motion, asset purchase agreement, confidential information memorandum, NDA agreement, and documents contained in the data room.  Discussions with Paragon related to the sales process and work performed to secure buyers and discussions with the Debtors and DSC regarding the same.  Crowe spent 28.40 hours of analyst time on the foregoing services.  Said services have a value of $8,629.00 for which Crowe is seeking compensation.

**Business Analysis:**

This category includes time reviewing the pleadings, bankruptcy petitions, statement of financial affairs, historical financial statements of the Debtor, legal documents of the Debtor, sale and marketing documents of the Debtor, operation documents of the Debtor, tax documents of the Debtor, insider compensation payments and amounts owing, earn out calculation, search

terms list, Delaware Street Loan documents and agreements, and preparing a comprehensive interest analysis. Discussions and analysis regarding the needs of an expert witness. Review of DIP agreement for deliverables, and subsequently reviewed the documents when delivered. Crowe spent 368.4 hours of analyst time on the forgoing services. Said services have a value of $83,229.00 for which Crowe is seeking compensation.

**Fee/Employment App:**

This category includes time addressing various potential issues related to the engagement agreement, drafting of the monthly fee statements and first and final fee applications, confidentiality agreements and the employment application. Crowe spent 38.9 hours of analyst time on the forgoing services. Said services have a value of $8,624.00 for which Crowe is seeking compensation.

**Fee/Employment Objections:**

This category includes time analyzing and reviewing the sale documents, earn-out calculations and fee applications, and reviewing the related pleadings and documents. Crowe spent 9.8 hours of analyst time on the forgoing services. Said services have a value of $1,983.00 for which Crowe is seeking compensation.

**Finance:**

This category includes time analyzing and reviewing the DIP agreement, time analyzing and reviewing the budget attached to the DIP motion, time analyzing the variances between the financial results and budget in preparation of reviewing any related pleadings and documents. Crowe spent 20.30 hours of analyst time on the forgoing services. Said services have a value of $3,876.00 for which Crowe is seeking compensation.

**Plan and Disclosure Statement:**

This category includes time analyzing the plan and disclosure statement, settlement terms, liquidation terms, and comparing the statement of financial affairs to the plan and disclosure statement. Prepared for testimony to be given at the confirmation hearing. Crowe spent 53.9 hours of analyst time on the forgoing services. Said services have a value of $19,222.50 for which Crowe is seeking compensation.

20.    Crowe respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

21.    Based on the hourly charges of Crowe set forth above, Crowe requests that the Court determine and allow it $128,718.33 as compensation, and $3,176.19 for the reimbursement of its reasonable out-of-pocket expenses pursuant to §§ 330 and 331 of the Bankruptcy Code.

22.    Crowe provided notice of the Application to all of the Debtors' creditors and has also provided a copy of this Application to parties in interest requesting notice in this Case.

23.    No prior request for the relief sought in the Application has been made to this or any other court.

**Compensation and Expenses Received to Date by Crowe**

24.    Crowe has been paid $73,982.00 in fees and $21.36 in expenses for all amounts allowed under the First Interim Fee Application for the time period of January 4, 2011 through April 30, 2012. In addition, Crowe has been paid $7,956.00 for its May Fee Statement, $1,914.00 for its June Fee Statement, and $4,654.18 for its July Fee Statement. In addition to the

amounts set forth above, Crowe has received $9,225.85 on or about November 9, 2012, as partial

payment on one of its August, September, or October Fee Statements.   Therefore, in total,

Crowe has received payments in the amount of $97,732.03 for fees and $21.36 for expenses as of

the date of filing of this Fee Application.

### Summary and Conclusion

25.      During the Final Period, Crowe expended a total of 181.20 billable hours for

actual and necessary services rendered on behalf of the Committee as set forth in the detailed

invoices attached hereto as Exhibit A.  In addition, Crowe has advanced various out-of-pocket

expenses totaling $3,026.19, an itemization of the nature and amounts of which is contained in

the invoices attached hereto as Exhibits B.

26.      Except as set forth herein, Crowe has not previously sought compensation or

reimbursement of expenses in connection with this case.

27.      Crowe has not shared and will not share with others compensation for services

rendered in this case, except for the sharing of such compensation among the partners of the

Crowe, as permitted by Federal Rule of Bankruptcy Procedure 2016.

WHEREFORE, Crowe requests that an order be entered as follows:

A.      Approving and allowing Crowe the aggregate amount of $128,718.33 in

compensation for fees for the period of January 4, 2011 through November 30, 2012;

B.      Approving and allowing Crowe reimbursement of $3,176.19 of actual and

necessary expenses incurred in connection with such services for the period of January 4, 2011

through November 30, 2012;

C.      Approving such amounts as an administrative expense in this case;

D.    Authorizing the Debtor to Pay all outstanding allowed amounts; and

E.    Granting Crowe such other and further relief as may be appropriate.

**Dated**: December 14, 2012                    Respectfully submitted,

                                                /s/ Elizabeth B. Vandesteeg
                                                Jonathan Friedland (ARDC #6257902)
                                                Elizabeth B. Vandesteeg (ARDC #6291426)
                                                LEVENFELD PEARLSTEIN, LLC
                                                2 N. LaSalle St., Suite 1300
                                                Chicago, IL 60602
                                                Telephone: 312-346-8380
                                                Facsimile:  312-346-8434
                                                *Counsel to the Official*
                                                *Committee of Unsecured Creditors*

# EXHIBIT A

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### By Category of Work Performed

| Category Of Work | | Time | Charges |
|---|---|---:|---:|
| Business Analysis | | 109.70 | 28,608.50 |
| Fee Application | | 1.50 | 262.50 |
| Fee/Employment App | | 16.10 | 3,441.50 |
| Plan & Disclosure Stmnt | | 53.90 | 19,222.50 |
| | Total Professional Fees | 181.20 | 51,535.00 |

**Out-of-Pocket Expenses**

| | | |
|---|---|---:|
| Auto Expense/55.5 (7/1/11) | | 34.63 |
| Ground Travel | | 329.38 |
| Meals | | 138.41 |
| Lodging - Room Charge and Taxes | | 1,222.21 |
| Airline Fees | | 1,430.20 |
| | Total Out-of-Pocket Expenses | 3,154.83 |
| | **Total Professional Fees & Costs** | 54,689.83 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Fees and Time by Month

| Month | Time | Charges |
|-------|------|---------|
| May 2012 | 106.20 | 26,984.00 |
| June 2012 | 9.30 | 2,559.50 |
| July 2012 | 14.00 | 4,034.00 |
| August 2012 | 5.60 | 2,036.00 |
| September 2012 | 37.50 | 13,910.50 |
| October 2012 | 5.50 | 1,468.50 |
| November 2012 | 3.10 | 542.50 |
| | 181.20 | 51,535.00 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: \*\*\*\*\*\*

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Professional Fees and Time by Employee**

| Name | Time | Rate | Charges |
|------|-----:|-----:|--------:|
| Crum, Kailey | 16.20 | 0.00 | 0.00 |
| Crum, Kailey | 60.70 | 175.00 | 10,622.50 |
| Nagle, John | 2.00 | 360.00 | 720.00 |
| Nguyen, Quynh-Anh | 1.00 | 95.00 | 95.00 |
| Schwarzmann, Michael | 100.50 | 395.00 | 39,697.50 |
| Tomlinson, Sue | 0.80 | 500.00 | 400.00 |
| | 181.20 | | 51,535.00 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 05/02/2012 | 0.80 | 175.00 | 140.00 |
| Discussed updated interest and loan balance schedules with M. Schwarzmann. | | | | |
| Schwarzmann, Michael | 05/02/2012 | 1.30 | 395.00 | 513.50 |
| Analysis re additional loan information received from counsel (.3); Email exchange with counsel re additional information received (.2); Discussion with K. Crum re updating model to reflect additional information and remaining holes in data (.8) | | | | |
| Schwarzmann, Michael | 05/03/2012 | 0.40 | 395.00 | 158.00 |
| Analysis re preparation for meeting with DSC | | | | |
| Schwarzmann, Michael | 05/03/2012 | 3.50 | 395.00 | 1,382.50 |
| Extended analysis re scenarios in advance of meeting with DSC, including folding new information into the model w/ K. Crum. | | | | |
| Schwarzmann, Michael | 05/03/2012 | 2.80 | 395.00 | 1,106.00 |
| Discussion with K. Crum re interest scenarios and impact upon DSC obligation | | | | |
| Crum, Kailey | 05/03/2012 | 0.50 | 175.00 | 87.50 |
| Updated assumptions based on discussions with M. Schwarzmann. | | | | |
| Crum, Kailey | 05/03/2012 | 3.40 | 175.00 | 595.00 |
| Prepared schedule showing the accrued interest balance based on different scenarios and assumptions. | | | | |
| Crum, Kailey | 05/03/2012 | 3.50 | 175.00 | 612.50 |
| Met with M. Schwarzmann to review accrued interest calculations prior to conference call with Levenfeld tomorrow. | | | | |
| Crum, Kailey | 05/03/2012 | 2.80 | 175.00 | 490.00 |
| Reviewed scenarios of interest recalculation balances with M. Schwarzmann. | | | | |
| Crum, Kailey | 05/04/2012 | 2.40 | 175.00 | 420.00 |
| Prepare analysis with M. Schwarzmann discussion with counsel, including scenario discussions. | | | | |
| Crum, Kailey | 05/04/2012 | 3.00 | 175.00 | 525.00 |
| Continue to prepare analysis with M. Schwarzmann. | | | | |
| Crum, Kailey | 05/04/2012 | 1.70 | 175.00 | 297.50 |
| Conference call with Levenfeld and M. Schwarzmann re preperation for meeting with DSC and alternative analyses to prepare. | | | | |
| Crum, Kailey | 05/04/2012 | 0.80 | 175.00 | 140.00 |
| Work on charts showing loan balance history. | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: *****

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 05/04/2012 | 0.80 | 175.00 | 140.00 |
| Work on analyses. | | | | |
| Schwarzmann, Michael | 05/04/2012 | 3.00 | 395.00 | 1,185.00 |
| Continue to prepare analysis with K. Crum for discussion with counsel, including scenario discussions | | | | |
| Schwarzmann, Michael | 05/04/2012 | 1.70 | 395.00 | 671.50 |
| Participate in call with S. Jakubowski, J. Friedland, and E. Vandesteeg and K. Crum re preparation for meeting with DSC and alternative analysis to prepare | | | | |
| Schwarzmann, Michael | 05/04/2012 | 2.40 | 395.00 | 948.00 |
| Prepare analysis with K. Crum for discussion with counsel, including scenario discussions | | | | |
| Tomlinson, Sue | 05/07/2012 | 0.80 | 500.00 | 400.00 |
| Consultation with Mr. Nagle regarding debt to equity question. Discussion with Mr. Schwarzmann re same. | | | | |
| Schwarzmann, Michael | 05/07/2012 | 4.70 | 395.00 | 1,856.50 |
| Participate in strategy conference call with Levenfeld and K. Crum in preparation for meetings (3.0); Meeting with K. Crum re preparation for charts (.5); Prepare for and participate in call with Levenfeld re analysis and charts prepared (1.2) | | | | |
| Nagle, John | 05/07/2012 | 2.00 | 360.00 | 720.00 |
| Discuss debt and equity issues w/ S. Tomlinson (.8); review issues (1.2). | | | | |
| Crum, Kailey | 05/07/2012 | 2.10 | 175.00 | 367.50 |
| Prepared summary analysis of our scenarios for meeting with Levenfeld. | | | | |
| Crum, Kailey | 05/07/2012 | 3.80 | 175.00 | 665.00 |
| Discussed summary analysis with M. Schwarzmann (1.7), reviewed analysis further for different scenarios (2.1). | | | | |
| Crum, Kailey | 05/07/2012 | 3.00 | 175.00 | 525.00 |
| Prep call with Levenfeld regarding Wednesday's settlement meeting. | | | | |
| Crum, Kailey | 05/08/2012 | 1.30 | 175.00 | 227.50 |
| Update to scenarios and review of analysis for tomorrow's Settlement meeting. | | | | |
| Crum, Kailey | 05/08/2012 | 3.00 | 175.00 | 525.00 |
| Discussions with M. Schwarzmann and P. Kravitz regarding meeting agenda and analysis findings (1.2), review of scenarios (1.8). | | | | |
| Crum, Kailey | 05/08/2012 | 2.70 | 0.00 | 0.00 |
| Dinner meeting with Levenfeld regarding tomorrow's Settlement meeting | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Business Analysis**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Schwarzmann, Michael | 05/08/2012 | 1.10 | 395.00 | 434.50 |
| Analysis re additional information from discovery responses and impact upon position, including extended email exchange with Levenfeld team | | | | |
| Schwarzmann, Michael | 05/08/2012 | 9.50 | 395.00 | 3,752.50 |
| Travel to Chicago for meeting with DSC, including flight delay (8.0); Meeting with Levenfeld Team, P. Kravitz re strategy for settlement conference (1.5) | | | | |
| Crum, Kailey | 05/08/2012 | 2.00 | 0.00 | 0.00 |
| Travel to Chicago for settlement meeting. | | | | |
| Crum, Kailey | 05/09/2012 | 4.40 | 0.00 | 0.00 |
| Settlement meeting with Jenner Block, Levenfeld, P. Kravitz, and Katten. | | | | |
| Schwarzmann, Michael | 05/09/2012 | 15.50 | 395.00 | 6,122.50 |
| Travel to and participate in meeting with counsel and P. Kravitz re refined strategy for meeting with DSC, including reviewing updated presentation (1.5); Travel to and participate in settlement meeting with DSC, Katten and Jenner counsel, Levenfeld team, and P. Kravitz (4.5); Debrief meeting with Levelfeld and P. Kravitz (.5); Travel from Chicago, including travel delays (9.0) | | | | |
| Crum, Kailey | 05/09/2012 | 1.00 | 0.00 | 0.00 |
| Travel from Chicago to LA. | | | | |
| Crum, Kailey | 05/09/2012 | 3.50 | 0.00 | 0.00 |
| Travel from Chicago to LA | | | | |
| Crum, Kailey | 05/09/2012 | 1.00 | 0.00 | 0.00 |
| Wrap up discussions with Levenfeld. | | | | |
| Crum, Kailey | 05/09/2012 | 1.60 | 0.00 | 0.00 |
| Breakfast meeting with Levenfeld, strategy talk for meeting. | | | | |
| Schwarzmann, Michael | 05/14/2012 | 0.30 | 395.00 | 118.50 |
| Review correspondence from L. Vandesteeg, including draft term sheet | | | | |
| Crum, Kailey | 05/23/2012 | 1.80 | 175.00 | 315.00 |
| Review of term sheet and M. Schwarzmann's notes. | | | | |
| Schwarzmann, Michael | 05/24/2012 | 0.50 | 395.00 | 197.50 |
| Analysis re term sheet and tax issue, including call with D. Agler re tax issue and email with counsel re term sheet | | | | |
| Crum, Kailey | 05/25/2012 | 0.30 | 175.00 | 52.50 |
| Review of term sheet provided by S. Jakubowski. | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Schwarzmann, Michael | 05/30/2012 | 1.50 | 395.00 | 592.50 |

Prepare for call with counsel re: term sheet (.4); participate in call with S. Jakobowski re term sheet (.3); email exchange with counsel re term sheet issues and call with committee to authorize execution (extended)(.5); Prepare for and participate in call with P. Kravitz, H. Crum, S. Jakubowski and J. Friedland re term sheet, issues, and authority to move forward (.3)

| | | | | |
|------|------|------|------|---------|
| Crum, Kailey | 05/31/2012 | 1.10 | 175.00 | 192.50 |

Review of term sheet and emails from S. Jakubowski regarding the agreement.

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/01/2012 | 0.30 | 395.00 | 118.50 |

Review email exchange re LTA and trust oversight

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/01/2012 | 0.40 | 395.00 | 158.00 |

Prepare for and participate in call with J. Friedland re LTA

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/05/2012 | 0.40 | 395.00 | 158.00 |

Review revised Plan

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/06/2012 | 1.30 | 395.00 | 513.50 |

Review LTA and further revised Plan and associated agreements

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/06/2012 | 0.30 | 395.00 | 118.50 |

Email comments and concerns to counsel re LTA

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/10/2012 | 0.80 | 395.00 | 316.00 |

Send detailed comments upon agreements to counsel

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/11/2012 | 0.60 | 395.00 | 237.00 |

Email exchange with counsel re terms of LTA and comments / concerns

| | | | | |
|------|------|------|------|---------|
| Schwarzmann, Michael | 06/12/2012 | 0.50 | 395.00 | 197.50 |

Detailed and extended email exchange re term sheet w/ K. Crum

| | | | | |
|------|------|------|------|---------|
| Crum, Kailey | 06/12/2012 | 1.80 | 175.00 | 315.00 |

Review of settlement notes, review of trust agreement terms, conference call with M. Schwarzmann and S. Jakubowski (.5)

| | | Time | | Charges |
|------|------|------|------|---------|
| Total Business Analysis | | 109.70 | | 28,608.50 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

### Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Fee Application

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 05/15/2012 | 1.20 | 175.00 | 210.00 |
| Reviewed fee application from January 1 - April 30. | | | | |
| Crum, Kailey | 10/12/2012 | 0.30 | 175.00 | 52.50 |
| Review of Lisa's email regarding fees and discussion with M. Schwarzmann via email. | | | | |
| Total Fee Application | | 1.50 | | 262.50 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Fee/Employment App**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 05/10/2012 | 0.80 | 175.00 | 140.00 |
| Reviewed April fee application | | | | |
| Crum, Kailey | 05/18/2012 | 0.30 | 175.00 | 52.50 |
| WIP analysis for fees. | | | | |
| Crum, Kailey | 05/23/2012 | 0.60 | 175.00 | 105.00 |
| Review of May WIP. | | | | |
| Crum, Kailey | 06/06/2012 | 1.10 | 175.00 | 192.50 |
| Reviewed May time entries, prepared invoice. | | | | |
| Nguyen, Quynh-Anh | 06/06/2012 | 1.00 | 95.00 | 95.00 |
| Edit time summary for May 2012 and work on billing reconciliations. | | | | |
| Crum, Kailey | 06/20/2012 | 0.80 | 175.00 | 140.00 |
| Review May invoice. | | | | |
| Crum, Kailey | 07/16/2012 | 0.70 | 175.00 | 122.50 |
| Reviewed June fees and expenses. | | | | |
| Schwarzmann, Michael | 07/16/2012 | 0.30 | 395.00 | 118.50 |
| Review email re deadline for June fee statement (.1); email exchange with K. Crum re June fee statement (.1); review June fee statement (.1) | | | | |
| Crum, Kailey | 07/18/2012 | 0.80 | 175.00 | 140.00 |
| Reviewed June fee statement. | | | | |
| Crum, Kailey | 08/09/2012 | 0.20 | 175.00 | 35.00 |
| Review of July invoice. | | | | |
| Crum, Kailey | 08/13/2012 | 0.30 | 175.00 | 52.50 |
| Reviewed July time entries and fee statement, discussed with M. Schwarzmann | | | | |
| Schwarzmann, Michael | 08/13/2012 | 0.40 | 395.00 | 158.00 |
| Analysis re time entries, including discussion with K. Crum | | | | |
| Crum, Kailey | 09/12/2012 | 0.30 | 175.00 | 52.50 |
| Reviewed August time and expense entries. | | | | |
| Schwarzmann, Michael | 09/27/2012 | 0.20 | 395.00 | 79.00 |
| Email exchange with P. Siddiqui re fee payment (.2) | | | | |
| Schwarzmann, Michael | 10/12/2012 | 0.20 | 395.00 | 79.00 |
| Review September time | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Fee/Employment App**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Schwarzmann, Michael | 10/12/2012 | 0.50 | 395.00 | 197.50 |
| Email exchange with E. Vandesteeg re fee payments and submissions (.2); Review and clarify September fees (.3) | | | | |
| Schwarzmann, Michael | 10/16/2012 | 0.40 | 395.00 | 158.00 |
| Work on time record clarifications | | | | |
| Crum, Kailey | 10/30/2012 | 1.60 | 175.00 | 280.00 |
| Prepared and reviewed final fee application. | | | | |
| Schwarzmann, Michael | 10/30/2012 | 1.00 | 395.00 | 395.00 |
| Analysis re final fee application (.4), including discussion with K. Crum (.3) and Call with L. Vandesteeg (.3) | | | | |
| Schwarzmann, Michael | 10/31/2012 | 0.20 | 395.00 | 79.00 |
| Analysis re payment of fees (.2) | | | | |
| Crum, Kailey | 10/31/2012 | 1.30 | 175.00 | 227.50 |
| Prepared and reviewed final fee application. | | | | |
| Crum, Kailey | 11/02/2012 | 1.70 | 175.00 | 297.50 |
| Prepared final fee application. | | | | |
| Crum, Kailey | 11/07/2012 | 1.40 | 175.00 | 245.00 |
| Made changes to final fee application and applied payments received. | | | | |
| Total Fee/Employment App | | 16.10 | | 3,441.50 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: \*\*\*\*\*\*

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Plan & Disclosure Stmnt**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Schwarzmann, Michael | 07/16/2012 | 0.60 | 395.00 | 237.00 |
| Email exchange with S. Jakubowski re P and DS issue (.3); Analysis re settlement and terms (.3) | | | | |
| Crum, Kailey | 07/17/2012 | 0.30 | 175.00 | 52.50 |
| Review of liquidation analysis | | | | |
| Schwarzmann, Michael | 07/18/2012 | 1.50 | 395.00 | 592.50 |
| Review liquidation analysis and call S. Jakubowski re same (.3); Review objection to Plan and Disclosure Statement filed by MRR and HCG including email to counsel (1.2) | | | | |
| Schwarzmann, Michael | 07/18/2012 | 0.40 | 395.00 | 158.00 |
| Liquidation analysis discussion with K. Crum | | | | |
| Crum, Kailey | 07/18/2012 | 0.40 | 175.00 | 70.00 |
| Discussed liquidation analysis with M. Schwarzmann. | | | | |
| Schwarzmann, Michael | 07/20/2012 | 0.50 | 395.00 | 197.50 |
| Review supplement to Plan and Disclosure Statement (.3); Email exchange with S. Jakubowski re insert to P and DS (.2) | | | | |
| Schwarzmann, Michael | 07/23/2012 | 2.70 | 395.00 | 1,066.50 |
| Review correspondence from counsel re schedules and inserts into P and DS (.2); email counsel re comments to emails (.1); Located, review, and compare SOFAs to Plan schedule (1.1); Extended email exchange with counsel re results of partial comparison (.3); Review redlined and clean Disclosure Statement (briefly) (.4); Review LTA and provide comments (.6) | | | | |
| Schwarzmann, Michael | 07/24/2012 | 0.10 | 395.00 | 39.50 |
| Review status email from S. Jakubowski (.1) | | | | |
| Crum, Kailey | 07/27/2012 | 1.30 | 175.00 | 227.50 |
| Review of payments made to DSC within 1 year of filing. | | | | |
| Crum, Kailey | 07/27/2012 | 1.70 | 175.00 | 297.50 |
| Review of emails regarding interest payments. | | | | |
| Schwarzmann, Michael | 07/30/2012 | 1.10 | 395.00 | 434.50 |
| Review email from S. Jakubowski (.1); Analysis re payments, including email exchange with K. Crum (.3); Analysis and response to S. Jakubowski re payments to DSC with K. Crum (.7) | | | | |
| Crum, Kailey | 07/30/2012 | 0.70 | 175.00 | 122.50 |
| Review of interest payments made for each loan. | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Plan & Disclosure Stmnt**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 07/30/2012 | 0.90 | 175.00 | 157.50 |
| Review of interest payments (.2); discuss interest payments and model of interest recalculation with M. Schwarzmann (.7). | | | | |
| Schwarzmann, Michael | 08/03/2012 | 2.10 | 395.00 | 829.50 |
| Review and comment upon draft email discussing steps in investigation (.8); Review and revise solicitation letter to accompany P and DS (1.1); emails with counsel re comments and case issues (.2) | | | | |
| Schwarzmann, Michael | 08/06/2012 | 1.30 | 395.00 | 513.50 |
| Review Disclosure Statement and provide comments to counsel | | | | |
| Crum, Kailey | 08/06/2012 | 0.30 | 175.00 | 52.50 |
| Review of disclosure statement. | | | | |
| Schwarzmann, Michael | 08/07/2012 | 0.70 | 395.00 | 276.50 |
| Review email from P. Siddiqui re change to Disclosure Statement (.1); Revise language for inclusion in Disclosure Statement (.2); Tel. J. Friedland re Disclosure Statement issues (.2); Review revisions to committee support letter (.1); Email J. Friedland re committee support letter (.1) | | | | |
| Schwarzmann, Michael | 08/30/2012 | 0.30 | 395.00 | 118.50 |
| Analysis re testimony at confirmation | | | | |
| Schwarzmann, Michael | 09/05/2012 | 0.60 | 395.00 | 237.00 |
| Tel. P. Kravitz re testimony and confirmation (.2); Tel. J. Friedland re confirmation (.1); Conference call with J. Friedland and P. Kravitz re confirmation (.3) | | | | |
| Schwarzmann, Michael | 09/12/2012 | 0.40 | 395.00 | 158.00 |
| Analysis re plan objection filed, including email exchange with J. Friedland | | | | |
| Schwarzmann, Michael | 09/12/2012 | 0.20 | 395.00 | 79.00 |
| Review Sony plan objection | | | | |
| Crum, Kailey | 09/17/2012 | 0.20 | 175.00 | 35.00 |
| Discussed M. Schwarzmann's deposition status and preparation with M. Schwarzmann. | | | | |
| Schwarzmann, Michael | 09/17/2012 | 0.20 | 395.00 | 79.00 |
| Discussed deposition status and preparation with K. Crum. | | | | |
| Schwarzmann, Michael | 09/18/2012 | 1.40 | 395.00 | 553.00 |
| Analysis re P and DS (.3); Tel. J. Friedland re confirmation (.3); Review and analysis of declaration in support of confirmation (.6); Email J. Friedland re changes to declaration (.2) | | | | |
| Schwarzmann, Michael | 09/19/2012 | 0.90 | 395.00 | 355.50 |
| Analysis re preparation for testimony (.3), including discussion with K. Crum (.2); Review draft Kravitz declaration (.4) | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Plan & Disclosure Stmnt

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 09/19/2012 | 0.30 | 175.00 | 52.50 |
| Preparation for declaration of M. Schwarzmann. | | | | |
| Crum, Kailey | 09/20/2012 | 2.30 | 175.00 | 402.50 |
| Review of M. Schwarzmann's declaration (.9), review of interest calculations for preparing declaration with M. Schwarzmann (1), call with M. Schwarzmann and S. Jakubowski regarding declaration conclusion (.4). | | | | |
| Schwarzmann, Michael | 09/20/2012 | 2.60 | 395.00 | 1,027.00 |
| Review P and DS and particular language relative to the UCC analysis and settlement (.6); Tel. S. Jakubowski re analysis (.4); Analysis with K. Crum re model developed and factual basis for declaration (1.0); Review and revise draft declaration in support of confirmation (.4); Review draft declaration of P. Kravitz in support of confirmation (.2) | | | | |
| Schwarzmann, Michael | 09/21/2012 | 0.90 | 395.00 | 355.50 |
| Prepare for call re declarations (.3); Participate in conference call re declarations (.6) | | | | |
| Schwarzmann, Michael | 09/21/2012 | 1.20 | 395.00 | 474.00 |
| Call with Debtor counsel, DSC counsel, UCC counsel and P. Kravitz re declarations (.6); Call with J. Friedland re confirmation (.2); Review revised declaration (.2); Tel. J. Friedland re revised declaration (.2) | | | | |
| Schwarzmann, Michael | 09/23/2012 | 6.00 | 395.00 | 2,370.00 |
| Travel to Chicago for Confirmation Hearing | | | | |
| Crum, Kailey | 09/24/2012 | 0.90 | 175.00 | 157.50 |
| Discussed declaration and deposition with M. Schwarzmann. | | | | |
| Schwarzmann, Michael | 09/24/2012 | 7.30 | 395.00 | 2,883.50 |
| Review model and information relative to confirmation (.7); Meeting with J. Friedland re confirmation (1.2); Discussion with K. Crum re model (.9); Review and comment upon proposed declaration in support of confirmation (.3); Meeting with counsel for Debtor, counsel for DSC, counsel for the Committee, part with P. Kravitz, (3.4); Review documents in preparation for confirmation (.8) | | | | |
| Schwarzmann, Michael | 09/25/2012 | 3.90 | 395.00 | 1,540.50 |
| Prepare for testimony at confirmation hearing (2.4); Attend confirmation hearing (1.5) | | | | |
| Schwarzmann, Michael | 09/25/2012 | 7.50 | 395.00 | 2,962.50 |
| Travel to ORD airport (.7); Travel from ORD to SNA to residence (6.8) | | | | |
| Schwarzmann, Michael | 09/25/2012 | 0.10 | 395.00 | 39.50 |
| Tel. K. Crum re confirmation | | | | |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

### Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Plan & Disclosure Stmnt

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Crum, Kailey | 09/25/2012 | 0.10 | 175.00 | 17.50 |
| Discussed plan hearing with M. Schwarzmann. | | | | |
| Total Plan & Disclosure Stmnt | | 53.90 | | 19,222.50 |

EXHIBIT_____PAGE_____OF_____

# EXHIBIT B

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Auto Expense

| Name | Date | Charges |
|------|------|---------|
| Expense | 05/04/2012 | 34.63 |

Auto Expense/55.5 (7/1/11) AUTO:(to and from home to OC office)(62.4 miles in excess of normal commute)(prepare and run scenarios with M. Scwharzmann)(5/4/12)

| | | |
|------|------|---------|
| Total Auto Expense | | 34.63 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

## Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

### Ground Travel (Cab, Bus, etc)

| Name | Date | Charges |
|------|------|---------|
| Expense | 05/08/2012 | 45.00 |
| Ground Travel Cab from airport to Hotel | | |
| Expense | 05/08/2012 | 10.00 |
| Ground Travel Gratuity for bags at hotel for Kravitz and Schwarzmann | | |
| Expense | 05/09/2012 | 60.00 |
| Ground Travel Parking at LAX | | |
| Expense | 05/09/2012 | 13.00 |
| Ground Travel Cab from hotel to breakfast prep meeting | | |
| Expense | 05/09/2012 | 50.00 |
| Ground Travel Cab from settlement meeting to airport | | |
| Expense | 09/23/2012 | 3.28 |
| Ground Travel Mileage to airport | | |
| Expense | 09/23/2012 | 45.00 |
| Ground Travel Cab from airport to hotel | | |
| Expense | 09/24/2012 | 11.00 |
| Ground Travel Cab from Dinner to hotel | | |
| Expense | 09/24/2012 | 15.00 |
| Ground Travel Cab from hotel to dinner | | |
| Expense | 09/25/2012 | 47.10 |
| Ground Travel Cab to airport with P. Kravitz | | |
| Expense | 09/25/2012 | 30.00 |
| Ground Travel Cab from airport to residence | | |
| Total Ground Travel (Cab, Bus, etc) | | 329.38 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

### Crowe Horwath LLP

### For the period 05/01/12 through 11/30/12

**Meals**

| Name | Date | Charges |
|------|------|---------|
| Expense | 05/08/2012 | 43.45 |
| Meals Travel lunch with P. Kravitz at airport | | |
| Expense | 05/29/2012 | 59.02 |
| Meals Working lunch on 5-4-12 with K. Crum in preparation for settlement conference | | |
| Expense | 09/25/2012 | 35.94 |
| Meals Dinner in Chicago on return from Confirmation hearing | | |
| Total Meals | | 138.41 |

EXHIBIT_____PAGE_____OF_____

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: *****

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Lodging - Room Charge and Taxes**

| Name | Date | Charges |
|------|------|---------|
| Expense | 05/09/2012 | 662.32 |
| Lodging - Room Charge and Taxes Hotel in Chicago | | |
| Expense | 09/24/2012 | 301.48 |
| Lodging - Room Charge and Taxes Lodging in Chicago | | |
| Expense | 09/25/2012 | 258.41 |
| Lodging - Room Charge and Taxes Lodging in Chicago | | |
| Total Lodging - Room Charge and Taxes | | 1,222.21 |

**Hartford Computer Hardware, Inc.**

Engagement: 882975.001
Bill Date: 12/13/12
Invoice: ******

**Crowe Horwath LLP**

**For the period 05/01/12 through 11/30/12**

**Airline Fees**

| Name | Date | Charges |
|------|------|---------|
| Expense | 05/09/2012 | 510.60 |
| Airline Fees Roundtrip flight from LAX to ORD ($453.60); Change fee to return earlier ($75 | | |
| Expense | 09/19/2012 | 769.60 |
| Airline Fees Airline ticket to SNA - ORD | | |
| Expense | 11/05/2012 | 150.00 |
| Airline Fees Airline change fee for 9-19-12 flight change | | |
| Total Airline Fees | | 1,430.20 |