IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HARTFORD COMPUTER HARDWARE, | ) | Case No. 11-49744 (PSH) |
| INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**SECOND INTERIM AND FINAL FEE APPLICATION OF BLAKE, CASSELS &
GRAYDON LLP, SPECIAL CANADIAN TAX COUNSEL TO THE DEBTORS, AS
SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 12, 2011 THROUGH NOVEMBER 14, 2012**

| | |
|---|---|
| Name of Applicant: | BLAKE, CASSELS & GRAYDON LLP |
| Authorized to Provide Professional Services to: | Hartford Computer Hardware, Inc., Nexicore Services, LLC, Hartford Computer Group, Inc. and Hartford Computer Government, Inc. |
| Date of Retention: | January 26, 2012 *nunc pro tunc* to December 12, 2011 |
| Total case fees requested for final approval: | Cdn$59,986.50 |
| Total case expenses requested for final approval: | Cdn$8,252.93 |
| Second interim period for additional compensation and reimbursement: | May 1, 2012 to November 14, 2012 |
| Amount of fees requested as actual, reasonable and necessary during second interim period: | Cdn$25,109.50 |
| Amount of expenses sought as actual, reasonable and necessary during second interim period: | Cdn$3,340.53 |

---

[1] The Debtors are Hartford Computer Hardware, Inc. (FEIN 27-4297525), Old NS, LLC f/k/a Nexicore Services, LLC (FEIN 03-0489686), Hartford Computer Group, Inc. (FEIN 36-2973523), and Hartford Computer Government, Inc (FEIN 20-0845960).

1

Prior Monthly Applications:

| Time Period | Fees Requested | Expenses Requested |
|---|---|---|
| January 1, 2012 to March 31, 2012 | Cdn$25,639.20 (90% of Cdn$28,488.00) | Cdn$3,835.03 |
| April 1, 2012 to April 30, 2012 | Cdn$2,995.20 (90% of Cdn$3,328.00) | Cdn$442.70 |
| May 1, 2012 to August 31, 2012 | Cdn$15,293.70 (90% of Cdn$16,993.00) | Cdn$2,229.56 |

September 1, 2012 to November 14, 2012[2]    Fees Requested: Cdn$8,116.50
Expenses Requested: Cdn$1,110.97

Prior Interim Applications:    First Interim Fee Application
December 12, 2011 to April 30, 2012
Fees Requested: Cdn$34,877.00
Fees Granted: Cdn$34,877.00
Expenses Requested: Cdn$4,969.98
Expenses Granted: Cdn $4,969.98

Amounts Previously Paid:    Fees: Cdn$34,877.00
Expenses: Cdn$4,862.40

This is a:    ___ monthly ___ interim _X_ final application.

Blended Hourly Rate (excluding paralegal and other professional time):    Cdn$589.50

---

[2] No monthly fee application was sent out for fees and expenses incurred from September to November 2012 and Applicant is requesting approval and payment of such fees and expenses herein.

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HARTFORD COMPUTER HARDWARE, | ) | Case No. 11-49744 (PSH) |
| INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**SECOND INTERIM AND FINAL FEE APPLICATION OF BLAKE, CASSELS & GRAYDON LLP, SPECIAL CANADIAN TAX COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 12, 2011 THROUGH NOVMEBER 14, 2012**

Blake, Cassels & Graydon LLP ("Blakes" or "Applicant"), special Canadian tax counsel to the above-captioned debtors (the "Debtors") in the chapter 11 cases, hereby submits its Second Interim and Final Fee Application (the "Final Application") for (i) allowance and payment on an interim basis of compensation totaling Cdn$25,109.50 for services rendered and Cdn$3,340.53 for cost incurred for the interim period of May 1, 2012 through November 14, 2012; and (ii) allowance and payment on a final basis and payment of all amounts of compensation totaling Cdn$59,986.50 for services rendered and Cdn$8,252.93 for costs incurred for the final period of December 12, 2011 through November 14, 2012. In support of the Final Application, Blakes respectfully represents as follows:

INTRODUCTION

1. On December 12, 2011, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The petitions initiated bankruptcy cases: *In re Hartford Computer*

---

[1] The Debtors are Hartford Computer Hardware, Inc. (FEIN 27-4297525), Old NS, LLC f/k/a Nexicore Services, LLC (FEIN 03-0489686), Hartford Computer Group, Inc. (FEIN 36-2973523), and Hartford Computer Government, Inc (FEIN 20-0845960).

1

*Hardware, Inc.* (Case No. 11-49744), *In re Hartford Computer Group, Inc.* (Case No. 11-49750), *In re Nexicore Services, LLC* (Case No. 11-49754) and *In re Hartford Computer Government, Inc.* (Case No. 11-49752) (collectively, these "Chapter 11 Cases"). These Chapter 11 Cases are being jointly administered under Case No. 11-49744.

2. The Debtors also initiated recognition proceedings under the Companies' Creditors Arrangement Act in the Ontario Superior Court of Justice (the "CCAA Proceeding") to recognize certain orders entered in these Chapter 11 Cases. The CCAA Proceeding remains pending at this time.

3. The Debtors operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On December 28, 2011, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1). No trustee or examiner has been appointed in these cases.

5. On January 26, 2012, this Court entered an order (the "Blakes Retention Order") authorizing the Debtors to retain the Applicant, effective as of December 12, 2011, to serve as special Canadian tax counsel to the Debtors in these proceedings.

6. On April 12, 2012, this Court entered an order appointing Steven Nerger as chief restructuring officer (the "CRO") of the Debtors *nunc pro tunc* to April 3, 2012.

7. Pursuant to the Blakes Retention Order, all legal fees and related costs incurred by the Debtors on account of services rendered by the Applicant in these cases shall be paid in accordance with the applicable provisions of the Bankruptcy Code and Bankruptcy Rules, the provisions of the Application, the Case Orders and other applicable orders entered in these cases. The Applicant will charge the Debtors for its legal services on an hourly basis, billed in tenths of

2

hours, in accordance with its ordinary and customary hourly rates in effect on the date that such services are rendered. The Applicant is currently holding a retainer in the amount of Cdn$4,980.19.

8. On November 15, 2012, the Debtors filed the Notice of Effective Date of First Amended Plan of Liquidation [Doc. No. 556], noting that the Plan went effective as of November 14, 2012.

## FEE APPLICATION PROCEDURES

9. On January 26, 2012, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (the "Interim Fee Order"). Pursuant to the Interim Fee Order, each professional serves monthly fee statements for compensation and reimbursement of its expenses incurred each month (the "Monthly Statements"). For each four month interval beginning January 31, 2011, professionals may seek approval of the compensation and expenses in its Monthly Statements by filing interim applications (the "Interim Statements") for compensation with this Court. The Interim Statements are to be served on: (i) the Office of the United States Trustee, United States Trustee Patrick S. Layng, 219 S. Dearborn St. Room 873, Chicago, Illinois, 60604, Attn: Denise DeLaurent, Esq.; (ii) counsel to the Debtors, Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, Illinois, 60661, Attn: John P. Sieger, Esq.; (iii) counsel to the Debtors' prepetition secured lender and proposed post-petition secured lender, Delaware Street Capital Master Fund, L.P.; (iv) counsel to any Committee appointed in the Debtors' cases; (v) all parties who have filed a notice of appearance with the clerk of court, and (vi) all creditors listed on the Debtors' creditor matrix.

10. All Interim Statements shall comply with the timekeeping and detail requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of this Court (the "Local Rules"), the United States Trustee Fee Guidelines - Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "U.S. Trustee Fee Guidelines") and other applicable law.

11. On July 24, 2012, this Court granted Applicant's First Interim Fee Application in the amount of Cdn$34,877.00 for services provided and Cdn$4,969.98 for expenses incurred [Doc. 404].

12. In the First Interim Fee Application, the amount indicated as payments received was incorrectly stated as Cdn$36,715.38, when only the amount of Cdn$36,607.80 had been received in payments. It also incorrectly stated that expenses were incurred in the amount of Cdn$4,969.98, when only the amount of Cdn$4,912.40 was incurred for expenses. The correct total due under the First Interim Fee Application was Cdn$39,789.40. Following approval of the First Interim Fee Application, the Applicant received a payment of Cdn$3,131.60. As a result, the Applicant received a total of Cdn$39,739.40 for the First Interim Fee Application., leaving a balance owing of Cdn$50.00. The Applicant therefore requests payment of the additional Cdn$50.00 herein.

13. Pursuant to the Interim Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, the Applicant makes this Final Application for (i) allowance and payment on an interim basis of compensation totaling Cdn$25,109.50 for services rendered and Cdn$3,340.53 for cost incurred for the interim period of May 1, 2012 through November 14, 2012; and (ii) allowance and payment on a final basis of compensation totaling Cdn$59,986.50 for services rendered and

4

Cdn8,252.93 for costs incurred for the final period of December 12, 2011 through November 14, 2012.

14.     The CRO has been provided with a copy of this Application and has approved the amounts requested herein.

## SERVICES PROVIDED

15.     Attached hereto as Exhibit "A" is the Affidavit of the Applicant with respect to the compensation requested.

16.     As further detailed in the invoices attached hereto as Exhibit "B," the Applicant requests compensation for the professionals and paraprofessionals who have provided services to the Debtors during the Second Interim Period. In compliance with the Interim Fee Order, the detailed itemizations contain contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

17.     A summary of all fees for professionals and paraprofessionals that provided services to the Debtors is as follows:

| Name of Professional | Position | Date of Bar Admission | Final Total Hours | Hourly Rate | Final Total Compensation |
|---|---|---|---|---|---|
| Bailey, Bryan | Partner | 1998 | 0.8 | Cdn$700.00 (12/12/11 to 12/31/11) | Cdn$560.00 |
| | | | 9.5 | Cdn$725.00 (1/1/12 to present) | Cdn$6,887.50 |
| Kanargelidis, Greg | Partner | 1990 | 0.3 | Cdn$685.00 (12/12/11 to 12/31/11) | Cdn$205.50 |
| | | | 7.3 | Cdn$700.00 | Cdn$5,110.00 |
| Leopardi, John | Partner | 1998 | 0.6 | Cdn$625.00 (as of 1/1/12) | Cdn$375.00 |
| Marple, Sandra | Paralegal | | 0.5 | Cdn$170.00 (as of 1/1/12) | Cdn$85.00 |
| Mazur, Barbara | Associate | 2011 | 1.2 | Cdn$320.00 (12/12/11 to 12/31/11) | Cdn$384.00 |
| | | | 46.0 | Cdn$370.00 (as of 1/1/12) | Cdn$17,020.00 |
| Spiro, Andrew | Associate | 2005 | 2.7 | Cdn$545.00 (12/12/11 to 12/31/11) | Cdn$1,471.50 |
| | | | 33.1 | Cdn$600.00 (as of 1/1/12) | Cdn$19,860.00 |
| Thompson, Nancy | Paralegal | | 1.6 | Cdn$275.00 (12/12/11 to 12/31/11) | Cdn$440.00 |
| | | | 27.1 | Cdn$280.00 (as of 1/1/12) | Cdn$7,588.00 |
| **Total** | | | 130.7 | | **Cdn$59,986.50** |

18.  The Applicant has performed services in the following categories:

| Project Type | First Interim Amount | Second Interim Amount | Final Amount |
|---|---|---|---|
| Tax Advice | Cdn$30,481.00 | Cdn$21,917.50 | Cdn$52,398.50 |
| Retention Application | Cdn$420.00 | Cdn$0.00 | Cdn$420.00 |
| Fees | Cdn$3,976.00 | Cdn$3,192.00 | Cdn$7,168.00 |
| **Total** | | | **Cdn$59,986.50** |

19.  Exhibit "B" attached hereto includes detailed itemizations of all services performed by the Applicant for the Debtors during the Second Interim Period in each project category.

20.  The Applicant serves as special Canadian tax counsel to the Debtors as set forth in the Blakes Retention Order. The compensation sought herein is the same as that customarily charged to non-bankruptcy clients of the Applicant.

## SUMMARY OF SERVICES RENDERED

21. <u>Tax Advice</u>: During the Second Interim Period, the Applicant handled issues related to the section 116 applications and certificates (applications concerning the disposition of taxable Canadian property by non-residents), release of the balance of the withheld funds, and outstanding Canadian tax filings, and responded to inquiries from and corresponded with the Canadian tax authorities regarding the same. The Applicant spent 42.6 hours of time on the foregoing services in the Second Interim Period, as are more fully described in Exhibit B, and such services have a value of Cdn$21,917.50 for which the Applicant is seeking compensation. Overall, the Applicant spent 103.6 hours of attorney time and such services have a value of Cdn$52,398.50.

| Name of Professional | First Interim Hours | First Interim Compensation | Second Interim Hours | Second Interim Compensation | Final Total Hours | Final Total Compensation |
|---|---|---|---|---|---|---|
| Bailey, Bryan | 6.0 | Cdn$4,330.00 | 4.3 | Cdn$3,117.50 | 10.3 | Cdn$7,447.50 |
| Kanargelidis, Greg | 3.7 | Cdn$2,585.50 | 3.9 | Cdn$2,730.00 | 7.6 | Cdn$5,315.50 |
| Leopardi, John | 0 | Cdn$0 | 0.6 | Cdn$375.00 | 0.6 | Cdn$375.00 |
| Marple, Sandra | 0 | Cdn$0 | 0.5 | Cdn$85.00 | 0.5 | Cdn$85.00 |
| Mazur, Barbara | 28.2 | Cdn$10,374.00 | 19.0 | Cdn$7,030.00 | 47.2 | Cdn$17,404.00 |
| Spiro, Andrew | 21.5 | Cdn$12,751.50 | 14.3 | Cdn$8,580.00 | 35.8 | Cdn$21,331.50 |
| Thompson, Nancy | 1.6 | Cdn$440.00 | 0 | Cdn$0 | 1.6 | Cdn$440.00 |

22. <u>Retention Application</u>: During the Second Interim Period, the Applicant did not provide any services related to the retention application to be appointed as special Canadian tax counsel for the Debtors. Overall, the Applicant spent 1.5 hours of time on the foregoing services and such services have a value of Cdn$420.00.

| Name of Professional | Final Hours | Final Compensation |
|---|---|---|
| Thompson, Nancy (Paralegal) | 1.5 | Cdn$420.00 |

7

23.  Fees: During the Second Interim Period, the Applicant addressed issues related to its interim and monthly fee applications. The Applicant spent 11.4 hours of time on the foregoing services, as are more fully described in Exhibit B, and such services have a value of Cdn.$3,192.00 for which the Applicant is seeking compensation. Overall, the Applicant spent 25.6 hours of time on the foregoing services and such services have a value of Cdn$7,168.00.

| Name of Professional | First Interim Hours | First Interim Compensation | Second Interim Hours | Second Interim Compensation | Final Total Hours | Final Total Compensation |
|---|---|---|---|---|---|---|
| Thompson, Nancy | 14.2 | Cdn$3,976.00 | 11.4 | Cdn$3,192.00 | 25.6 | Cdn$7,168.00 |

## EXPENSES AND HST INCURRED

24.  The Applicant expended the sum of Cdn$67.50 for reasonable and necessary expenses in connection with its representation of the Debtors in the Second Interim Period. Overall, the Applicant expended the sum of Cdn$402.35 for reasonable and necessary expenses in connection with its representation of the Debtors (the "Expenses").

25.  The Expenses arise from the following amounts expended by the Applicant on behalf of the Debtors:

| Expense | First Interim | Second Interim | Total |
|---|---|---|---|
| Courier | Cdn$13.20 | Cdn$61.20 | Cdn$74.40 |
| Duplicating | Cdn$319.40 | Cdn$3.30 | Cdn$322.70 |
| Telephone/Facsimile | Cdn$2.25 | Cdn$3.00 | Cdn$5.25 |
| Total | $334.85 | Cdn$67.50 | Cdn$402.35 |

26.  The Applicant believes the expenses are reasonable, economical, actual, and necessary. The Expenses are those customarily charged to non-bankruptcy clients of the Applicant, with the exception of photocopying charges which have been discounted to 10 cents per page from that customarily charged to other clients of the Applicant.

27. The Applicant is required to collect and remit an aggregated federal and provincial harmonized sales tax ("HST") on its invoices. The HST payable on the invoices for the Interim Period is Cdn$3,273.03. Overall, the HST payable on the invoices is $7,850.58.

WHEREFORE, Blake, Cassels & Graydon LLP respectfully requests that this Court enter an order (i) allowing and directing payment on an interim basis of compensation totaling Cdn$25,109.50 for services rendered and Cdn$3,340.53 for cost incurred for the interim period of May 1, 2012 through November 14, 2012; and (ii) allowing and directing payment on a final basis of compensation totaling Cdn$59,986.50 for services rendered and Cdn$8,252.93 for costs incurred for the final period of December 12, 2011 through November 14, 2012, of which $28,500.03 has not been paid to date.

Dated: December 14, 2012                          Respectfully submitted,

                                                                             **KATTEN MUCHIN ROSENMAN LLP**

                                                                              By: /s/ John P. Sieger
                                                                              John P. Sieger (ARDC No. 6240033)
                                                                              Peter A. Siddiqui (ARDC No. 6278445)
                                                                              Paige E. Barr (ARDC No. 6282474)
                                                                              KATTEN MUCHIN ROSENMAN LLP
                                                                              525 West Monroe Street
                                                                              Chicago, Illinois 60661-3693
                                                                              Telephone: (312) 902-5200
                                                                              Facsimile: (312) 902-1061
                                                                              John.Sieger@kattenlaw.com
                                                                              Peter.Siddiqui@kattenlaw.com
                                                                              Paige.Barr@kattenlaw.com

                                                                              *Counsel to the Debtors and Debtors in Possession*